# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF PUERTO RICO

IN RE:　　　　　　　　　　　　　　　　　　　CASE NO. 21-02050-MCF

TOMAS MARTINEZ VAZQUEZ　　　　　　　　　CHAPTER 13

DEBTOR

## ANSWER TO ORDER TO SHOW CAUSE

TO THE HONORABLE COURT:

COMES NOW, **TOMAS MARTINEZ VAZQUEZ,** debtor in the above captioned case, through the undersigned attorney, and very respectfully state and pray:

1. Debtors are hereby addressing the Order to Show Cause filed on July 12, 2021.
2. The present case was filed on July 1, 2021.
3. On July 2, 2021, a motion for entry to Order to show Cause was filed.
4. Such Order stated that "Part 5, Item 1: Debtor(s)' Efforts as to Receiving a Briefing About Credit Counseling, Item 1 was selected, disclosing that the credit counseling services were received, and that a copy of the certificate was attached. However, the certificate was not attached."
5. Debtors respectfully informs that on July 2, 2021 they uploaded Certificate of Credit Counseling. (Docket 6)
6. Debtors informs that this was an involuntary mistake.

**WHEREFORE IT IS RESPECTFULLY**, requested from this Honorable Court to enter an Order not dismissing the instant case and accepting the answer to the Order to show cause.

CERTIFICATE OF SERVICE: I CERTIFY that on this same date a copy of this notice was sent by the Clerk of the Court using CM/ECF systems which will send notifications of such to the Chapter 13 Trustee; and also certify that I have mailed by United States Postal Service copy of this motion to the following non CM/ECF participant, debtor, and to all creditors and parties in the above captioned case.

**RESPECTFULLY SUBMITTED**.

In Cayey, Puerto Rico, this 12th day of July 2021.

*/s/Miriam A. Murphy Lightbourn*
**MIRIAM A. MURPHY LIGHTBOURN
P.O. BOX 372519
CAYEY, PUERTO RICO 00737-2519
TEL.: (787)263-2377; (787)738-0404
EMAIL: mamurphyli82@gmail.com**